Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-414-472**

**Effective Date of Registration:**
June 06, 2024
**Registration Decision Date:**
September 26, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Daisy Blues - Daisy Pattern on Cornflower Blue |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | April 05, 2018 |
| **Nation of 1st Publication:** | South Africa |

## Author

| | |
|---|---|
| **Author:** | Tane Hannah Meets |
| **Pseudonym:** | Tangerine-Tane |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | South Africa |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Tane Hannah Meets |
| | 5A Alvin Crescent, Golden Acre, Somerset West, 7130, South Africa |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Tane Hannah Meets |
| **Email:** | tane.hannah@gmail.com |
| **Address:** | 5A Alvin Crescent |
| | Golden Acre |
| | Somerset West 7130 South Africa |

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-414-897**

**Effective Date of Registration:**
June 06, 2024

**Registration Decision Date:**
September 27, 2024

---

## Title

**Title of Work:** Blue China - Watercolor Floral Pattern

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 29, 2015
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Tane Hannah Meets
  **Pseudonym:** Tangerine-Tane
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Tane Hannah Meets
5A Alvin Crescent, Golden Acre, Somerset West, 7130, South Africa

## Rights and Permissions

**Name:** Tane Hannah Meets
**Email:** tane.hannah@gmail.com
**Address:** 5A Alvin Crescent
Golden Acre
Somerset West 7130 South Africa

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-414-902**

**Effective Date of Registration:**
June 07, 2024
**Registration Decision Date:**
September 27, 2024

---

## Title

        **Title of Work:** Blooms of Ink

## Completion/Publication

        **Year of Completion:** 2016
    **Date of 1st Publication:** May 11, 2016
  **Nation of 1st Publication:** South Africa

## Author

-         **Author:** Tane Hannah Meets
      **Pseudonym:** Tangerine-Tane
 **Author Created:** 2-D artwork
       **Citizen of:** South Africa
    **Pseudonymous:** Yes

## Copyright Claimant

  **Copyright Claimant:** Tane Hannah Meets
                           5A Alvin Crescent, Golden Acre, Somerset West, 7130, South Africa

## Rights and Permissions

           **Name:** Tane Hannah Meets
            **Email:** tane.hannah@gmail.com
         **Address:** 5A Alvin Crescent
                         Golden Acre
                         Somerset West 7130 South Africa

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-414-475**

**Effective Date of Registration:**
June 06, 2024

**Registration Decision Date:**
September 26, 2024

---

## Title

| | |
|---|---|
| Title of Work: | Paper Planes in Blue |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | July 01, 2015 |
| Nation of 1st Publication: | South Africa |

## Author

| | |
|---|---|
| • Author: | Tane Hannah Meets |
| Pseudonym: | Tangerine-Tane |
| Author Created: | 2-D artwork |
| Citizen of: | South Africa |
| Pseudonymous: | Yes |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Tane Hannah Meets |
| | 5A Alvin Crescent, Golden Acre, Somerset West, 7130, South Africa |

## Rights and Permissions

| | |
|---|---|
| Name: | Tane Hannah Meets |
| Email: | tane.hannah@gmail.com |
| Address: | 5A Alvin Crescent |
| | Golden Acre |
| | Somerset West 7130 South Africa |

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-414-477**
**Effective Date of Registration:**
June 06, 2024
**Registration Decision Date:**
September 26, 2024

## Title

| | |
|---|---|
| **Title of Work:** | Paper Planes in Pastel |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | July 01, 2015 |
| **Nation of 1st Publication:** | South Africa |

## Author

| | |
|---|---|
| **Author:** | Tane Hannah Meets |
| **Pseudonym:** | Tangerine-Tane |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | South Africa |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Tane Hannah Meets |
| | 5A Alvin Crescent, Golden Acre, Somerset West, 7130, South Africa |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Tane Hannah Meets |
| **Email:** | tane.hannah@gmail.com |
| **Address:** | 5A Alvin Crescent |
| | Golden Acre |
| | Somerset West 7130 South Africa |

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**
## VA 2-414-900
**Effective Date of Registration:**
June 06, 2024
**Registration Decision Date:**
September 27, 2024

## Title
**Title of Work:** Pastel Floral Medallion on Faded Silver Wood

## Completion/Publication
**Year of Completion:** 2015
**Date of 1st Publication:** January 01, 2015
**Nation of 1st Publication:** South Africa

## Author
- **Author:** Tane Hannah Meets
  **Pseudonym:** Tangerine-Tane
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa
  **Pseudonymous:** Yes

## Copyright Claimant
**Copyright Claimant:** Tane Hannah Meets
5A Alvin Crescent, Golden Acre, Somerset West, 7130, South Africa

## Rights and Permissions
**Name:** Tane Hannah Meets
**Email:** tane.hannah@gmail.com
**Address:** 5A Alvin Crescent
Golden Acre
Somerset West 7130 South Africa

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-414-903**

**Effective Date of Registration:**
June 06, 2024
**Registration Decision Date:**
September 27, 2024

---

## Title

**Title of Work:** Cockatoo & Tropical Flora

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 19, 2017
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Tane Hannah Meets
  **Pseudonym:** Tangerine-Tane
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Tane Hannah Meets
5A Alvin Crescent, Golden Acre, Somerset West, 7130, South Africa

## Rights and Permissions

**Name:** Tane Hannah Meets
**Email:** tane.hannah@gmail.com
**Address:** 5A Alvin Crescent
Golden Acre
Somerset West 7130 South Africa

## Certification

Page 1 of 2

