IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TANE HANNAH MEETS,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-05088

Judge Elaine E. Bucklo

Magistrate Judge M. David Weisman

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | jjphonecase |
| 2 | Xmyws |
| 3 | Jmfcy |
| 4 | Axjgxq |
| 11 | Sinzelimin |
| 13 | Xs-meicbu |
| 14 | LRMQS online store |
| 17 | SMIDOW Online |
| 18 | DOLKFU Direct |
| 19 | YinheX sports |
| 23 | (orders placed by me recently) Kids Costumes |
| 30 | CYLWZL |
| 31 | Charella Store |
| 35 | HoSEN |
| 46 | FengYinYuan |
| 50 | Yyeselk |
| 56 | squarex |
| 59 | Clearance Sale MIANHT |
| 60 | DkinJom |
| 61 | Awdenio Official Store |

| | |
|---|---|
| 65 | JASKFLY |
| 66 | Mei li xue |
| 70 | TANGNADE Up to 50 percent off |
| 74 | Elayu |
| 75 | CLESALE Online Store |
| 78 | saikai |
| 79 | Fufafayo |
| 80 | YWDJ |
| 84 | Loasebue Fashion |
| 86 | Sunizaiyi Fashion |
| 87 | shenzhenshi QIJUNTUO kejiyouxiangongsi |
| 89 | Hfnxid |
| 90 | SELONE |
| 91 | Floleo |
| 92 | Brilliant |
| 93 | Vivianyo HD |
| 94 | JUUYY Clothing Essentials |
| 96 | RQYYD |
| 97 | Ctreela |
| 100 | YaunMei Store |

DATED: June 26, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 26, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                         */s/ Keith A. Vogt*
                                         Keith A. Vogt